UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| DELORES K. WIREMAN, as personal representative of the wrongful death estate of ROY WIREMAN, JR., deceased, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. No. 3:10-CV-077 |
| PULASKI COUNTY BOARD OF COMMISSIONERS, PULASKI COUNTY SHERIFF'S DEPARTMENT, MICHAEL L. GAYER, PHILLIP CHERRY, CORRECTIONAL HEALTHCARE COMPANIES, HEALTH PROFESSIONALS, LTD., TINA GRIST, DOREEN KASTEN, and STEPHEN CULLINAN, M.D., | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

STIPULATION OF DISMISSAL

Comes now Plaintiff, by counsel, and stipulate to dismissal of this cause of action against Defendants, Correctional Healthcare Companies, Health Professionals, Ltd., Tina Grist, Doreen Kasten and Stephen Cullinan, M.D., with prejudice, parties pay own costs.


/s/ Thomas A. Manges
Thomas A. Manges
200 E. Main Street, Suite 520
Fort Wayne, IN 46802
ATTORNEY FOR PLAINTIFF

/s/ Robert G. Weddle
Robert G. Weddle
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
ATTORNEY FOR DEFENDANT,
DOREEN KASTEN

/S/ Edward A. Chapleau
Edward A. Chapleau
419 West Jefferson Blvd.
South Bend, IN 46601
ATTORNEY FOR DEFENDANTS
CORRECTIONAL HEALTHCARE COMPANIES,
HEALTH PROFESSIONALS, LTD, TINA GRIST,
DOREEN KASTEN AND STEPHEN CULLINAN, M.D.